THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTONIO SABATER, Appellant. [40 NYS3d 780]—Appeal by the defendant from a judgment of the County Court, Westchester County (Warhit, J.), rendered May 28, 2015, convicting him of criminal possession of a controlled substance in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's voluntary, knowing, and intelligent waiver of his right to appeal, executed at his plea proceeding, precludes him from now challenging the County Court's exclusion of him from its in camera examination of a confidential informant pursuant to its determination of the defendant's pretrial suppression motion, as well as the County Court's determination of his application for judicial diversion pursuant to CPL 216.00 (*see People v Lopez*, 6 NY3d 248, 255 [2006]; *People v Seaberg*, 74 NY2d 1, 9 [1989]; *People v Ceparano*, 96 AD3d 774, 775 [2012]). Chambers, J.P., Dickerson, Duffy and Connolly, JJ., concur.